# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARDELL LEVERT JENKINS, | |
| Plaintiff, | |
| v. | 2:14-cv-1420-RFB-GWF |
| SOUTHERN NEVADA DETENTION CENTER et al., | **ORDER** |
| Defendants. | |

## I.   DISCUSSION

On September 2, 2014, Plaintiff filed an application to proceed *in forma pauperis* and submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 in this Court. (ECF No. 1, 1-1). The Court found that Plaintiff's application to proceed *in forma pauperis* was incomplete and directed Plaintiff to file a new application to proceed *in forma pauperis*. (ECF No. 2). In October 2014, Plaintiff filed a new application to proceed *in forma pauperis* which was also incomplete. (*See* ECF No. 4). However, Plaintiff filed a motion explaining that the officers at the Cass County Jail of Fargo, North Dakota, where Plaintiff was housed, had refused to sign his financial certificate and told Plaintiff to sign it himself. (ECF No. 5).

In November 2014, the Clerk of the Court mailed Plaintiff a notification that his case had been reassigned to Judge Boulware. (ECF No. 6, 7). On December 5, 2014, the mail was returned to the Clerk of the Court as undeliverable to Plaintiff at the address on file in Fargo, North Dakota. (ECF No. 8). There is no new address on file with the Court. (*Id.*).

. . .

. . .

The Court notes that pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff shall immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action without prejudice.

## II.  CONCLUSION

For the foregoing reasons, IT IS ORDERED that within thirty (30) days from the date of entry of this order, Plaintiff shall file an updated mailing address with this Court.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, the Court shall dismiss this action without prejudice.

DATED: This 15th day of December, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge